**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON
STAFF ATTORNEY

December 7, 2009

Clerk - Bankruptcy Court
100 South Salina St. Suite 10
Syracuse, NY 13202

RE:   06-30591 Hamilton

Dear Clerk:

Enclosed please find check #778820 in the amount of $204.45. Pursuant to the order of confirmation, we have been collecting funds from the debtor in this case and have attempted to return funds. The debtor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The debtor name and address as listed on the petition is as follows:

Claim No. 999

| Acct# | Name | Helen Hamilton |
|---|---|---|
|  | Address | 34 East 5th St. |
|  | Address | Oswego, NY 13126 |

Please deposit this check in the Unclaimed Funds Account for the above named debtor.
If you have any questions, please advise.

Very truly yours,

Kristie M. Moore
Account Clerk

Enc.

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

# 51000080 - JF
* * C O P Y * *
December 10, 2009
11:44:39

TREA REG
06-30591

Debtor.: HELEN HAMILTON
Judge..: MARGARET CANGILOS-RUIZ
Trustee: Mark Swimelar
Amount.:                    $204.45 CH
Check#.: .778820

Total-> $204.45

FROM: MARK W. SWIMELAR
      250 SOUTH CLINTON ST., 2ND FLR
      SYRACUSE, NY  13202

---

MARK W. SWIMELAR, TRUSTEE
CHAPTER 13
250 SOUTH CLINTON STREET, 2nd FLOOR
SYRACUSE, NY 13202
(315) 471-1499

CLAIM NO. 999
CLASSIFICATION: 5S
Refund
Refund at Closing
Continuing
INTEREST PORTION
BALANCE DUE AFTER THIS CHECK

Check No. 778820
64-79/611
SUNTRUST BANK, FSB

In RE: HELEN HAMILTON — DEBTOR'S NAME

DATE: 11/11/09
CASE NUMBER: 0630591
PAY THIS AMOUNT: $******204.45

Pay: ****Two Hundred Four Dollars And 45/100********************

TO THE ORDER OF:
CLERK OF BANKRUPTCY COURT
100 SOUTH SALINA STREET SUITE 310
SYRACUSE, NY 13202

⑈778820⑈ ⑆061100790⑆ 0000005394605⑈